**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANUBIS GROUP, LLC,**

        **Plaintiff,**

**-vs-**                                                                                                    **Case No. 6:14-cv-32-Orl-37DAB**

**LANDMARK AMERICAN INS. CO.,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO SUBSTITUTE COUNSEL (Doc. No. 141)**
>
> **FILED:**       April 13, 2015
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part, and **DENIED,** in part. The Clerk is directed to note the appearance, as set forth below.

The motion fails to comply with Local Rule 3.01(g) and is not signed by Mr. Ambler, Plaintiff's current counsel of record. As appearances before this Court are personal to the attorney, Mr. Ambler must initiate any withdrawal or indicate his consent to substitution. In view of the representations made in the motion, however, the Court will treat it as a Notice of Appearance by Mr. Benford, as additional counsel. Assuming Mr. Ambler has no objection to the substitution, he may move to withdraw or the motion to substitute may be renewed with his consent noted, upon compliance with the local rule.

As Mr. Ambler has a personal stake in the outcome of the pending motion for attorney fees (Doc. 134), even if Mr. Ambler is relieved of his representation of Plaintiff, he shall be allowed to continue his appearance in this matter on his own behalf, as an Interested Party.

In either event, **Mr. Benford is directed** to review the docket and note the upcoming deadline for filing a response to the pending Verified Motion for Attorney's Fees, Costs, and Expenses (Doc. 134).

**DONE** and **ORDERED** in Orlando, Florida on April 14, 2015.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record