UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANUBIS GROUP, LLC, a
Florida Limited Liability Company,

    Plaintiff,

vs.                                          Case No.: 6:14-cv-32-Orl-37DAB

LANDMARK AMERICAN INSURANCE
GROUP, a foreign corporation,

    Defendant.
_____/

**AMENDED MOTION TO SUBSTITUTE BENFORD LAW FIRM, P.A.
FOR LAW OFFICE OF KEVIN C. AMBLER, P.A. AND KEVIN C. AMBLER, ESQUIRE
AS COUNSEL FOR PLAINTIFF, DANUBIS GROUP, LLC
AND TO ALLOW LAW OFFICE OF KEVIN C. AMBLER, P.A AND KEVIN C.
AMBLER, ESQUIRE TO CONTINUE IN THIS ACTION AS AN INTERESTED PARTY,
SUPPORTING MEMORANDUM, AND CONSENT**

Plaintiff, Danubis Group, LLC, hereby moves this Honorable Court for an order: 1) substituting Benford Law Firm, P.A., for Law Office of Kevin C. Ambler, P.A. and Kevin C. Ambler, Esquire, as counsel of record in this action; and 2) permitting Law Office of Kevin C. Ambler, P.A. and Kevin C. Ambler, Esquire, to remain in this action as an Interested Party.

Pursuant to Local Rule 3.01(g), M.D. Fla., counsel for the parties have conferred telephonically, but were unable to reach an agreement as to the issues set forth in this motion.

The grounds supporting this motion are set forth in the Memorandum, below.

**MEMORANDUM**

1.     On April 13, 2015, Plaintiff filed a Motion to Substitute Benford Law Firm, P.A. for the Law Office of Kevin C. Ambler P.A., as counsel for Plaintiff ("Motion to Substitute

Counsel"). *See* Doc 141. Pursuant to Rule 10, Federal Rules of Civil Procedure, the Motion to Substitute Counsel [Doc. 141] is adopted by reference, and incorporated into this Amended Motion to Substitute Counsel for all purposes.

2. In the Motion to Substitute Counsel, Plaintiff states that it has retained Benford Law Firm, P.A., to represent it as counsel of record in this action. Plaintiff also states that it wishes to substitute Benford Law Firm, P.A. for the Law Office of Kevin C. Ambler, P.A., as counsel of record in this case, and relieve the Law Office of Kevin C. Ambler, P.A., from any further responsibilities as counsel for Plaintiff. Further, Zorica Radulovic, the Managing Member of Plaintiff, executed the Motion to Substitute Counsel, and has full authority to execute the motion on behalf of Plaintiff.

3. On April 14, 2015, this Honorable Court entered an order granting in part, and denying in part, Plaintiff's Motion to Substitute Counsel ("April 14 Order"). *See* April 14 Order, Doc. 142. In the April 14 Order, the Court stated that "assuming Mr. Ambler has no objection to the substitution, he may move to withdraw or the motion to substitute may be renewed with his consent noted." *See* April 14 Order, Doc. 142. The April 14 Order also states that Mr. Ambler "shall be allowed to continue his appearance in this matter on his own behalf, as an Interested Party." *See* April 14 Order, Doc. 142.

4. As set forth in the Consent, below, Kevin C. Ambler, Esquire, and the Law Office of Kevin C. Ambler, P.A., have executed the Consent agreeing to: 1) withdraw as counsel for Plaintiff in this case; 2) consent to being substituted as counsel for Plaintiff by Benford Law Firm, P.A.; 3) consent to being relieved of any further obligations in this action as counsel for Plaintiff; and 4) consent to remaining in this action as an Interested Party.

5. WHEREFORE, the Plaintiff respectfully moves this Honorable Court for an order: 1) substituting Benford Law Firm, P.A., for Law Office of Kevin C. Ambler, P.A. and Kevin C. Ambler, Esquire, as counsel of record for Plaintiff in this action; and 2) permitting the Law Office of Kevin C. Ambler, P.A. and Kevin C. Ambler, Esquire, to remain in this action as interested parties, and as such, to be permitted to file separate pleadings, motions, responses, and other papers with the court, in such capacity, as well as make appearances at any and all hearings in such capacity, in all the same respects as would otherwise be permitted by a party to this action under the Federal Rules of Civil Procedure and the Local Rules, United States District Court for the Middle District of Florida.

Respectfully submitted this ____15th_____ day of April, 2015.

/s/ John Y. Benford
John Y. Benford, Esquire
Florida Bar No. 51950
**Benford Law Firm, P.A.**
1079 West Morse Boulevard, Suite C
Winter Park, Florida 32789
Telephone: (407) 956-1010
Facsimile: (407) 712-2046
Primary E-mail: JYB@JYBLaw.com
Secondary E-mail: Alyssa@JYBLaw.com
Counsel for Plaintiff

# CONSENT
## BY KEVIN C. AMBLER, ESQUIRE
## AND LAW OFFICE OF KEVIN C. AMBLER, P.A.

Kevin C. Ambler, Esquire, individually, and the Law Offices of Kevin C. Ambler, P.A., consent to: 1) withdrawing as counsel for Plaintiff in this case; 2) being substituted/replaced as counsel for Plaintiff by Benford Law Firm, P.A.; 3) being relieved of any further obligations in this action as counsel for Plaintiff; and 4) permitting the Law Office of Kevin C. Ambler, P.A. and Kevin C. Ambler, Esquire, to remain in this action as an Interested Party, and as such, to be permitted to file separate pleadings, motions, responses, and other papers with the court, in such capacity, as well as make appearances at any and all hearings in such capacity, in all the same respects as would otherwise be permitted by a party to this action under the Federal Rules of Civil Procedure and the Local Rules, United States District Court for the Middle District of Florida.

/s/ Kevin C. Ambler
_____
Kevin C. Ambler, Esquire
Florida Bar No. 875960
On behalf of Kevin C. Ambler, Esquire and
Law Offices of Kevin C. Ambler, P.A.
400 North Tampa Street
Park Tower, Suite 1100
Tampa, Florida 33602
Telephone: (813) 275-9100
Facsimile: (813) 275-9201
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April ____15th____, 2015, the foregoing document was filed with the Clerk of the Court using CM/ECF *and* was served via e-mail on the following: **Kevin C. Ambler, Esquire**, Law Office of Kevin C. Ambler, PA, Park Tower, Suite 1100, 400 North Tampa Street, Tampa, Florida 33602; **Lauren D. Levy, Esquire**, Levy Law Group, 1450 Madruga Avenue, Suite 407, Coral Gables, Florida 33146.

                                        /s/ John Y. Benford
                                        John Y. Benford, Esquire