UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANUBIS GROUP, LLC,

    Plaintiff,

v.                                            Case No: 6:14-cv-32-Orl-37TBS

LANDMARK AMERICAN INSURANCE
COMPANY,

    Defendant.

## ORDER TO STRIKE

Before the Court is a paper entitled; "Plaintiff Danubis Group, LLC's Objection to Magistrates December 20th, 2017 Report and Recommendation – with incorporated- Request for Court's Intervention in Plaintiff Counsel's (1) Refusal To Abide By Court Orders; And (2) Refusal To Comply With Plaintiff's Repeated Demands That Present Counsel John Yates Benford Motion The Court To Withdraw, So That Plaintiff May Retain Substitute Counsel To Protect And Represent It's Interests, Including The Ongoing Matter Of Attorney's Fees Presently Before The Court Based Upon The Court's December 20th, 2017 Report And Recommendation" (Doc. 228). The paper was filed by Borivoje Radulovic, "pro se, as managing member of Plaintiff Danubis Group, LLC." The Clerk is directed to **STRIKE** this paper, as unauthorized.

To the extent Mr. Radulovic is attempting to appear on behalf of Plaintiff, such an appearance is prohibited. He has been previously informed that as a limited liability company, Plaintiff may not take actions in this case except through an attorney who is a member of the bar of this Court (Doc. 221). Local Rule 2.03(e) ("A corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to

Rule 2.01 or Rule 2.02."); see also Energy Lighting Mgmt., LLC v. Kinder, 363 F. Supp. 2d 1331, 1332 (M.D. Fla. 2005) (applying Local Rule 2.03(e) to limited liability companies). Mr. Radulovic is not a member of the bar of this Court and is therefore not qualified to represent Danubis. His pro se filing (which, in any event, does not present any substantive objection to the findings in the Report and Recommendation), cannot serve as a filing on behalf of Plaintiff.

To the extent the paper incorporates a request by Mr. Radulovic for the Court to intervene in Plaintiff's relationship with its counsel, this, too, is unauthorized. Mr. Radulovic is not a party to this litigation and has no standing to be heard here. To the extent the company has a dispute with its lawyer, there is no showing that the Court has jurisdiction over such dispute, or that this case is the appropriate forum for resolution of the controversy.

**DONE** and **ORDERED** in Orlando, Florida on January 8, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Borivoje Radulovic